UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-333 (PAM/JGL)

DANIEL WILLIAM PETERSEN,

Plaintiff,

v.

**PRETRIAL ORDER**

E.F. JOHNSON COMPANY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. The period during which the parties may seek discovery shall be completed by August 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to September 1, 2002; and

6. This case will be considered "ready for trial" as of November 1, 2002.

DATED: April 19, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed APR 1 9 2002
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________