**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**DANIEL WILLIAM PETERSEN**, Civil No. 02-333 (PAM/JGL)

Plaintiff,

v.

**ORDER**

**E.F. JOHNSON COMPANY, a Minnesota corporation**,

Defendant.

---

APPEARANCES

Kenneth L. Wilson, Esq., and David R. Forro, Esq., for Plaintiff

Steven W. Wilson, Esq., for Defendant

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on June 20, 2002 on Plaintiff's Motion to Amend the Complaint (Doc. No. 11). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Plaintiff Daniel William Petersen ("Petersen") moves to amend the complaint to add a claim for violations of ERISA, to add the Director's Incentive Compensation Program as a Defendant, and to add Transcrypt International as a Defendant. Defendant E.F. Johnson Company ("E.F. Johnson") does not

FILED JUN 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

oppose Petersen's request to add the ERISA claim or to add the Director's Incentive Compensation Program as a Defendant. The motion is therefore granted as to these proposed amendments.

Federal Rule of Civil Procedure 15(a) provides that "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." In this case, Petersen seeks to add Transcrypt as a Defendant because Transcrypt, as the parent corporation of E.F. Johnson Company, issued contracts, letters, memoranda, or other written documents to Petersen with respect to his employment. The Court finds that this reason suffices under the liberal standard to amend of Rule 15(a). In addition, the amendment comes very early in this case, which was removed to federal court less than five months ago

The Court notes that at the motion hearing, the parties agreed that if Petersen's forthcoming motion to remand is denied, his state law claims will be dismissed by agreement of the parties.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend the Complaint (Doc. No.

11) is **GRANTED**. Plaintiff is directed to file and serve his amended complaint forthwith.

Dated: June 20, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge