AO450 (Rev. 5/85) Judgment in a Civil Ca.

# UNITED STATES DISTRICT COURT
## District of Minnesota

Daniel William Petersen

V.

E F Johnson Company and Transcrypt Intl Inc

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-333 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that Judgment be entered in favor of Dft concerning the meaning of the superseded Program's language; and Judgment be entered in favor of Pltf concerning his eligibility under the new Plan.

December 26, 2002
Date

RICHARD D. SLETTEN, CLERK

Patricia Kegley
(By) PATRICIA KEGLEY, Deputy Clerk

48