# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

02-333 PAM/JGL

No. 03-1494
No. 03-1495

| | | |
|---|---|---|
| Daniel William Petersen, | * | |
| Appellee/Cross-Appellant, | * | Appeal from the United States District Court for the District of Minnesota |
| vs. | * | |
| E.F. Johnson Company, a Minnesota Corporation; Transcrypt International, Inc., also known as EFJ, Inc., | * | |
| Appellants/Cross-Appellees. | * | |

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

April 29, 2004

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

Order Entered in Accordance with Opinion
Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
MAY 28 2004
U.S. DISTRICT COURT MPLS