**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daniel William Petersen, Civil No. 02-333 (DWF/JSM)

Plaintiff,

v. **ORDER OF DISMISSAL**

E. F. Johnson Company,
Director's Incentive Compensation Program, and
Transcrypt International Inc., a/k/a EFJ, Inc.,

Defendants.

---

David R. Forro, Esq., Caldecott & Forro, 431 South Seventh Street, Suite 2485, Minnesota, MN 55415; and Kenneth L. Wilson, Esq., Wilson Law Office, 803 West St. Germain Street, St. Cloud, MN 56302, counsel for Plaintiff.

Binh T. Tuong, Assistant Attorney General, Minnesota Attorney's Office, 445 Minnesota Street, St. Paul, MN 55101; and Steven W. Wilson, Esq., Briggs & Morgan, 80 South Eighth Street, Suite 220, Minneapolis, MN 55402, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 28, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court