**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Daniel Petersen,

Plaintiff,

vs.

E.F. Johnson Company and Transcrypt International, Inc.,

Defendants.

Court File No. 02-333 (DWF/JSM)

**STIPULATION AND AGREED ORDER FOR AMENDED JUDGMENT**

---

The parties, through their undersigned counsel, stipulate and agree as follows:

1. The Court entered an Order for Dismissal in this action on January 28, 2005, ordering dismissal with prejudice of the entire action, and indicating that the parties had settled. The parties did not settle. Instead, the parties each took appeal from a final judgment entered in this Court.

2. On May 28, 2004, the United States Court of Appeals issued its Opinion [Docket No. 66] and Judgment [Docket No. 67], which affirmed in part and reversed in part the Judgment of this Court entered December 26, 2002 [Docket No. 48], and remanded the action to this Court for proceedings consistent with its Opinion.

3. Consistent with the Opinion of the United States Court of Appeals, the Judgment of this Court entered December 26, 2002 should be amended to delete the phrase "Judgment be entered in favor of Pltf concerning his eligibility under the new Plan" and to add instead the phrase "Judgment be entered in favor of Defendant concerning Plaintiff's eligibility under the new Plan."

4. The Judgment of December 26, 2002, in all other respects, should remain unchanged.

Dated: April 27, 2005

**CALDECOTT & FORRO, P.L.C.**

By: s/ David R. Forro
David R. Forro, Esq. (#150708)
431 South Seventh Street
Suite 2485
Minneapolis, MN 55415
Telephone: (612) 332-4455

**ATTORNEY FOR PLAINTIFF**

Dated: April 28, 2005

**BRIGGS AND MORGAN, P.A.**

By: s/ Steven W. Wilson
Steven W. Wilson (#179024)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-8400

**ATTORNEY FOR DEFENDANTS**