**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daniel William Petersen,

Plaintiff,

v.

E.F. Johnson Company, a Minnesota corporation;
Director's Incentive Compensation Program;
and Transcrypt International Inc. a/k/a as EFJ, Inc.,

Defendants.

Civil No. 02-333 (DWF/JSM)

**ORDER FOR AMENDED JUDGMENT**

---

David R. Forro, Esq., Caldecott & Forro, and Kenneth L. Wilson, Esq., Wilson Law Office, counsel for Plaintiff.

Binh T. Tuong, Assistant Attorney General, Minnesota Attorney General's Office; and Steven W. Wilson, Esq., Briggs & Morgan, counsel for Defendants.

---

Pursuant to the Stipulation and Agreed Order of the Parties (Doc. No. 69),

**IT IS HEREBY ORDERED** that:

1. The Judgment of this Court entered December 26, 2002 should be amended to delete the phrase "Judgment be entered in favor of Plaintiff concerning his eligibility under the new Plan" and to add instead the phrase "Judgment be entered in favor of Defendants concerning Plaintiff's eligibility under the new Plan."

2. The Judgment of December 26, 2002, in all other respects, should remain unchanged.

**LET JUDGMENT BE ENTERED FORTHWITH.**

Dated: May 5, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court