AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Daniel William Petersen

V.

E.F. Johnson Company, a Minnesota corporation; Director's Incentive Compensation Program; and Transcrypt International Inc. a/k/a as EFJ, Inc.,

## AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 02-333 DWF/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Judgment of this Court entered December 26, 2002 should be amended to delete the phrase "Judgment be entered in favor of Plaintiff concerning his eligibility under the new Plan" and to add instead the phrase "Judgment be entered in favor of Defendants concerning Plaintiff's eligibility under the new Plan."
The Judgment of December 26, 2002, in all other respects, should remain unchanged.

May 5, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk